leaving the scene of an accident. Judgment by a city magistrate, sitting as a Court of Special Sessions, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

CITY HOUSING CORPORATION, Respondent, v. PETER J. HARTE, Appellant, and Others, Defendants.— Action to foreclose a mortgage. Order denying motion o, defendant Peter J. Harte to dismiss the complaint under rule 106, subdivision 5, Rules of Civil Practice, affirmed, with ten dollars costs and disbursements, with leave to said defendant to serve an answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

HELEN S. COHN, Respondent, v. BERNARD COHN, Appellant.— In view of the decision of the appeal herein (*post*, p. 537), decided herewith, the motion for a stay is dismissed. Present — Hagarty, Scudder, Tompkins, Davis and Johnston, JJ.

THOMAS DALY, Respondent, v. WILLIAM GUIDERA and Others, Defendants, and FIELDWOOD REALTY CO., INC., Appellant. (Action No. 1.) THOMAS DALY, Respondent, v. WILLIAM GUIDERA and Others, Defendants, and FIELDWOOD REALTY CO., INC., Appellant. (Action No. 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

S. FROMM, Respondent, v. HERBERT SILK CO., INC., Appellant; HERBERT MEYER, as President and Director of HERBERT SILK CO., INC., and Another, Defendants.— In view of the decision of the appeal herein (*post*, p. 537), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

HAVILAND BUILDING CORPORATION, Respondent, v. JOSEPH SCADRON and Others, Appellants.— Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Young, Hagarty, Carswell and Davis, JJ., Lazansky, P. J., not voting.

In the Matter of the Application of JEROME G. AMBRO, Appellant, for an Order of Mandamus against JOHN J. DORMAN, as Chairman, and JOHN J. CALLAHAN, as Secretary, of the County Committee of the Democratic Party of Kings County, and S. HOWARD COHEN and Others, Constituting the Board of Elections in the City of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

In the Matter of the Estate of BERNARD FEENEY, Deceased. JOHN JAMES CONROY, Coexecutor, etc., of BERNARD FEENEY, Deceased, Appellant; MARGARET FEENEY, Claimant, and JAMES JOSEPH FEENEY, Coexecutor, etc., of BERNARD FEENEY, Deceased, Respondents.— In view of the decision in *Matter of Feeney* (*post*, p. 539), decided herewith, the motion for a stay pending appeal is dismissed. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

In the Matter of the Petitions of EDGAR HAMILTON HOLDEN and Others for an Order Vacating, Canceling and Setting Aside the Orders of This Court, Made and Entered on February 8, 1929, and April 19, 1929, Directing and Authorizing the Chamberlain of the City of New York to Pay to BARBARA C. NELSON under Two of Said Orders, and to AUGUSTA A. HIGGINS, under One of Said Orders, the Awards for Damage Parcels Nos. 6 and 6a in the Proceedings Entitled: In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situated

on the Northerly Side of Copeland Avenue between Montague and Griffith Avenues, Glendale, Borough of Queens, City of New York, Duly Selected as a Site for School Purposes According to Law; and for a Further Order Directing the Said BARBARA C. NELSON and AUGUSTA A. HIGGINS and Others to Deposit the Money Paid by Virtue of Said Orders into Court, with Interest Thereon, and for an Order Rescinding, Canceling and Setting Aside Assignments of Awards Made by the Petitioners to BARBARA C. NELSON, and for an Order Adjudging and Declaring a Certain Tax Sale Certificate No. 965, Sold on November 22, 1909, to be Null and Void, etc.— Motion for reargument of motion denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

In the Matter of the Petition of THE STATE DEPARTMENT OF PUBLIC WORKS, under Section 91, Railroad Law, for an Order Determining that a Change Shall Be Made in the Existing Structure (Highway Bridge) Carrying the Haverstraw-West Haverstraw State Highway No. 5389 Over the Railroad of the NEW JERSEY AND NEW YORK RAILROAD COMPANY in the Incorporated Village of West Haverstraw, Rockland County. NEW JERSEY AND NEW YORK RAILROAD COMPANY, Appellant; THE STATE DEPARTMENT OF PUBLIC WORKS, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

In the Matter of the Application of FRED RAMSAY, Petitioner and Appellant, for a Certiorari Order against TOWN BOARD OF THE TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, and WALTER R. JONES and Others, Constituting Said Board, and FRANKLIN C. GILBERT, Clerk of Said Board, Respondents, with Reference to the Establishment of UNIONDALE WATER DISTRICT. — Motion to resettle order of July 3, 1935, denied. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

In the Matter of the Appraisal of the Estate of SARAH FORREST ZABRISKIE, Deceased. GEORGE GRAY ZABRISKIE and Another, as Executors, etc., of SARAH FORREST ZABRISKIE, Deceased, Appellants; STATE TAX COMMISSION, Respondent. — Motion to resettle order of July 1, 1935, denied, with ten dollars costs. Present — Scudder, Tompkins, Davis and Johnston, JJ.; Lazansky, P. J., not voting.

GEORGE JESSEWICH and Another, Appellants, v. SALVATORE ABBENE and Another, Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

DOROTHY KLUGERMAN, Respondent, v. JOSEPH P. DAY, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

LAND FINANCE CORPORATION, Appellant, v. FRANK GIORGIO, JR., Trustee in Bankruptcy of the NOX REALTY CORPORATION, Respondent, and Others, Defendants.— Motion for reargument denied, without costs. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

NORMAN RUBIN, an Infant, etc., Appellant, v. MIDWOOD TRUST COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.